**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6810**

———————

GEORGE ADAMS,

Plaintiff - Appellant,

and

WILBERT GALLMAN,

Plaintiff,

versus

JOHN MIDDLETON, INCORPORATED; TOP REPUBLIC
TOBACCO; BRIAN J. DIEHL, President-Director of
South Carolina Department of Corrections
canteen,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   David C. Norton, District Judge.
(CA-99-2717-3-18BC)

———————

Submitted:  November 30, 2000        Decided:  December 8, 2000

———————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

George Adams, Appellant Pro Se.  Michael Woodrow Hogue, NELSON, MULLINS, RILEY & SCARBOROUGH, Columbia, South Carolina; Thomas Frank Dougall, BOWERS, ORR & DOUGALL, Columbia, South Carolina; Terry B. Millar, Rock Hill, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Adams appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint.  We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court.  <u>See Adams v. John Middleton, Inc.</u>, No. CA-99-2717-3-18BC (D.S.C. May 18, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>